

ERIC W GIANNINI
6108 South Madison Place
Unit B
Tulsa, OK, 74136
Eric.Giannini@fulbrightmail.org

ERIC W GIANNINI

# FILED

NOV 1 2 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT
## 10TH CIRCUIT COURT OF APPEALS

1  Eric William Giannini,

        Plaintiff(s),

    vs.

2  U.S. Government (U.S.),
3  Department of Justice (DoJ),
4  Federal Bureau of Investigations (FBI),

        Defendant(s).

Case No.: 2 5 CV - 6 1 1 JDR - CDL

**1ST AMENDMENT PETITION FOR A REDRESS OF A GRIEVANCE**

**DEMAND FOR JURY TRIAL : RULE 201 [Fed. R. Civ. P. 38]**

**NON-STIPULATION TO A MAGISTRATE [28 U.S.C. § 636(c)(1)]**

**EXPEDITED DOCKET [28 § 1657(a)]**

1

IFP pending
& summons

## 1ST AMENDMENT PETITION FOR A REDRESS OF A GRIEVANCE

Plaintiff ERIC WILLIAM GIANNINI submitted a Freedom of Information Act ("FOIA") request to Defendant U.S. Government, the Department of Justice, and the Federal Bureau of Investigation,  ("Defendant" or "U.S.", "DoJ", and "FBI") on September 20th, 2025 for records concerning the agency's requirement to publish the statements and accounts of all public money for receipts and expenditures under Article I, Section 9, Clause 7. The agency employs people affiliated the Socialist Equality Party to write articles for the World Socialist Website. Defendant, however, failed to make a determination on the FOIA request, refusing to disclose the requested documents within the time prescribed by FOIA. Therefore, Plaintiff now files this action for injunctive and other appropriate relief under the Freedom of Information Act 5 U.S.C. § 552.

## NOTICE ON SINGULARITY OF PLAINTIFFS

The U.S. Constitution provides nothing in the way of a classification for litigants beyond the one dividing a plaintiff from a defendant. It does not even mention lawyers, let alone a bar. Abraham Lincoln, for instance, practiced law without a bar, license, or exam. The Supreme Court in *Janus*, for instance, obliterated the Constitutionally baseless argument for a State's bar. Equally so, the idea of a 'pro se' litigant, now ripe for obliteration, is not only a conspiracy against plaintiffs; it is an artifice without a single leg to stand on in the founding father's provisions for Article III when the States fulfilled their Article VII requirement for adoption of the U.S. Constitution and Bill of Rights on June 21, 1788. The basis of an immediate appeal to the Supreme Court of the United States of America shall therefore be any imposition of a Constitutionally baseless classification on this litigant.

2

## NOTICE ON EXPEDITED DOCKET

Under U.S.C 28 § 1657(a), "[e]ach court of the United States shall expedite the consideration of any action, if good cause" is shown. For the purposes of this subsection, "good cause" is shown, if a right under a Federal statute (including rights under Section 552 of title 5 and Article I, Section 9, Clause 7) would be maintained in a factual context that indicates a request for expedited considersideration has merit. It would so expedition is necessary.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 5 U.S.C. §§ 552(a)(4)(B), (6)(C)(i) and 28 U.S.C. § 1331.

2. Venue is proper in this Court under 5 U.S.C. § 552(a)(4)(B) because Plaintiff resides in this district

## JURISDICTION AND VENUE

3. Plaintiff Eric William Giannini submitted a FOIA request to the FBI through the Federal government's own online portal on September 20th, 2025. He is a resident of Tulsa, Oklahoma.

4. Defendant DoJ is a component of the U.S. Defendant FBI is a component of the DoJ. U.S. derives its powers exclusively from the U.S. Constitution. It is unclear what the DoJ is. FBI is an agency of the U.S. under 5 U.S.C. § 552(f)(1). Neither of the latter enjoys a justification for its existence from any provision in the U.S. Constitution. Among other duties, the FBI is responsible for complying with any or all lawful requests made on the basis of the Freedom of Information

Act, 5 U.S.C. § 552. The FBI has responsive records in its possession, custody and control.

Defendant is charged with the duty to provide public access to records in its possession

consistent with the requirements of the FOIA.

5. On September 20th, 2025, Plaintiff filed a FOIA request ("Request" or "FOIA Request") with

the FBI for records relating to its employment of an author at the SEP for publication on the

WSWS. The FOIA Request complied with USCIS's FOIA requirements and

is attached as Exhibit A.

6. In the FOIA request dated September 20th, 2025, the FBI confirmed receipt of Plaintiff's

FOIA Request and assigned the Request a control number, 2399986. The agency's confirmation

of receipt is in the document attached as Exhibit A.

7. In its response notice, the FBI presumably invoked an exception for the non-disclosure of

personal information related to individuals but no personal information is requested.

8. As of this date, the FBI has failed to respond to Plaintiff's request. The FBI's intention is clear

from its refusal to respond. It would like to conceal its employment of the Socialist Equality

Party.

1
2
3  9. Under the FOIA, an agency is required to make an initial "determination" with regard to a
4  request within twenty business days of its receipt. *See.* 5 U.S.C. § 552 (a) (6)(A) (i). Here the
5  FBI has not.
6
7
8
9  10. If there are "usual circumstances," as defined by statute, an agency may extend the time to
10  make its determination by no more than ten working days. *See.* 5 U.S.C. § 552 (a) (6) (B) (i). But
11  the FBI refused.
12
13
14  11. Under FOIA, a person making a request is deemed to have exhausted his administrative
15  remedies if the agency, as here, fails to comply with the applicable time limit provisions set forth
16  in the statute. *See.* 5 U.S.C. § 552 (a) (6) (C) (i). Under Article I, Section 9, Clause 7 FBI is
17  required to disclose publications on the statements and accounts for receipts and expenditures for
18  all public money without qualification but has not.
19
20
21
22  12. The FBI has thus far failed to produce any responsive agency records to Plaintiff and the
23  statutory period for an agency response has expired. The Department of Justice has similarly
24  failed to communicate the scope of the documents it intends to produce and its reason for
25  withhold any documents.
26
27
28

1

**CAUSES OF ACTION**

2

**COUNT ONE**

3

4

Violation of the Freedom of Information Act, 5 U.S.C. § 552

5

6

for Failure to Respond Within the Time Required

7

13. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as

8

9

though fully set forth herein.

10

11

12

14. Under the FOIA, Defendants were required to respond to Plaintiff's FOIA request and to

13

14

notify Plaintiff of the agency's determination within thirty working days after receiving the

15

16

request. 5 U.S.C. § 552(a)(6)(A), (6)(B).

17

18

19

15. Defendants' failure to make the requisite determination and to communicate it to the

20

Plaintiff within the time allowed by the statute violates the FOIA. 5 U.S.C. §

21

22

552(a)(6)(A)(i).

23

24

**COUNT TWO**

25

26

Violation of the Freedom of Information Act, 5 U.S.C. § 552

27

for Failure to Conduct an Adequate Search

28

6

1   16. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as

2

3   though fully set forth herein.

4

5

6   17. Defendants have violated their obligation under the FOIA by failing to make a reasonable

7

8   effort to search for records responsive to Plaintiff's request. 5 U.S.C. § 552(a)(3)(C).

9   /

10

11   **COUNT THREE**

12

13   Violation of the Freedom of Information Act, 5 U.S.C. § 552;

14

15   for Wrongfully Withholding of Records

16   18. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though

17   fully set forth herein.

18

19

20   19. Defendants are wrongly withholding agency records by failing to produce non-exempt

21

22   records responsive to Plaintiff's FOIA request and by failing to segregate and produce non-

23   exempt records responsive to Plaintiff's FOIA request.

24

25

26   20. Defendants are obligated under 5 U.S.C. § 552(a)(3)(A) to promptly produce records

27

28

1  responsive to the Plaintiff's FOIA request.

2

3

4  21. Plaintiff has a legal right to obtain such records, and no legal basis exists for Defendants'

5

6  failure to disclose them.

7

8

9  22. Defendants' failure to disclose all responsive records violates their statutory obligations to

10

11  make requested records promptly available to the public. 5 U.S.C. § 552(a).

12

13

14                                **COUNT FOUR**

15

16              Violation of the U.S. Constitution, Article I, Section 9, Clause 7;

17

18                   for Failure to Publish the Statements and Accounts

19  18. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though

20  fully set forth herein.

21

22  19. Defendants failed to publish the statements and accounts of all public money's receipts and

23  expenditures and refused to produce the non-exempt records responsive to Plaintiff's FOIA

24  request on these receipts and expenditures.

25

26

27

28                                     8

20. Defendants are obligated under Article I, Section 9, Clause 7 of the U.S. Constitution to promptly produce records responsive to the Plaintiff's FOIA request.

21. Plaintiff has a legal right to obtain such records, and no legal basis exists for Defendants' failure to disclose them.

22. Defendants' failure to disclose all responsive records violates their statutory obligations to make requested records promptly available to the public: Article I, Section 9, Clause 7.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with FOIA and every order of this Court;

2. Declare that Defendant's failure to make a timely determination with regard to Plaintiff's Request violates FOIA, 5 U.S.C. §§ 552(a)(6)(A)(i) and (B);

3. Order Defendants to expeditiously conduct an adequate search for all records responsive to Plaintiff's FOIA Request in accordance with 5 U.S.C. § 552(a)(3)(C);

4. Declare that Defendant's failure to promptly disclose the records responsive to Plaintiff's

1    Request violates FOIA, 5 U.S.C. § 552(a)(3)(A);

2

3    5. Order Defendant to expeditiously disclose all responsive, non-exempt records and enjoin

4    Defendant from improperly withholding records;

5

6    6. Award Plaintiff his attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

7

8    7. Grant such other relief as the Court may deem just, equitable, and appropriate.

9

10

11    November 11th, 2025                         *(Sign name in blue or black ink)*

12                                                *Eric Giannini*

13                                                Eric William Giannini

14
                                                 6108 South Madison
15                                                  Pl Unit B
16                                               Tulsa, OK
17                                                    74136
18                                               539 525 5389
19

20

21

22

23

24

25

26

27

28

1ST AMENDMENT PETITION FOR A REDRESS OF A GRIEVANCE
FOIA ON FBI'S SOCIALIST EQUALITY PARTY MEMBER
PARTY MEMBER WISE

9/20/25, 12:05 AM                                    FOIA.gov - Freedom of Information Act: Create a request

 An official website of the United States government
Here's how you know





MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2399986

# Success!

## Your FOIA request has been created and is being sent to the Federal Bureau of Investigation.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

540-868-4593

Shannon Hammer, FOIA Public Liaison

540-868-2101

Michael G. Seidel, Section Chief, Record/Information Dissemination Section
200 Constitution Drive
Winchester, VA 22602

9/20/25, 12:05 AM                                                FOIA.gov - Freedom of Information Act: Create a request

# Request summary

Request submitted on **September 20, 2025**.

The confirmation ID for your request is **2399986**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Eric Giannini

**Mailing address**
6108 South Madison Place Unit B
Tulsa, 74136

**Email**
eric.giannini@fulbrightmail.org

## Additional information

**What is the subject of your request?**
other

**Date of birth**
02/09/1985

**Signature (typed)**
Eric Giannini

**I am making this request on behalf of**
myself

**Address Type**
domestic

By providing an electronic signature below I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. Section 552(a)(3) by a fine of not more than $5,000.
yes

**Today's date**
09/20/2025

**Place of birth**
Sacramento, California

**Your request**
If "[the] basic function of the Freedom of Information Act is to ensure informed citizens, vital to the functioning of a democratic society," then I would like the Federal Bureau of Investigation to produce "a Statement and Account of Receipts of Expenditures of all public Money" related to the employment of Jane Wise, who is a member of the Socialist Equality Party (US) and the International Editorial Board of the World Socialist Web Site. If "[the] basic function of the Freedom of Information Act is to ensure informed citizens, vital to the functioning of a democratic society," then I would like the Federal Bureau of Investigation to produce "a Statement and Account of Receipts of Expenditures of all public Money" on and/or produce any or all documents related to its funding of the Socialist Equality Party (US), the World Socialist Web Site, and Mehring Books.

**State**
OK

---

# Fees

**What type of requester are you?**
media

**The amount of money you're willing to pay in fees, if any**
100

---

# Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
If "[the] basic function of the Freedom of Information Act is to ensure informed citizens, vital to the functioning of a democratic society," then I am entitled to the truth immediately without delay, impediment or any kind of action related to the advent or furtherance of a Federal government conspiracy. Multiple cases remain open, despite Eric Giannini's request for these cases to be closed. If the FBI is collaborating with Eric Giannini's ex-wife Jihad Bensebahia/Sovana Bensis to set Giannini up or weaponize child custody or child welfare matters and, if the FBI is subverting or has subverted Giannini's cases such as Giannini v. Transamerica, LLC., Giannini v. County of Sacramento, et al., or Giannini v. C3.ai, or any or all other Court cases to fund operations directed against him in retaliation for his exposure of the members of the Socialist Equality Party, the World Socialist Website or Mehring Books as Federal agents from the FBI, the urgency of the request is all the more pressing.


FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit    CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

FOIA.gov - Freedom of Information Act: Create a request

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV